# UNITED STATES DISTRICT COURT
for the

U.S. __District of__ Camden Vincange

Civil TCA Division

_____
Danielle L Antonelli
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

East
Tory Estates LLC
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Danielle Antonelli |
| Street Address | PO Box 1444 |
| City and County | Blackwood Camden |
| State and Zip Code | State of NJ, 08012 |
| Telephone Number | 856473-8264 |
| E-mail Address | dantonelli2385@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: Fairways Apartments
- Job or Title (if known): property management
- Street Address: 1501 Old Blackhorse Pike
- City and County: Blackwood, Camden
- State and Zip Code: State of New Jersey, 08012
- Telephone Number: 908 276 2351
- E-mail Address (if known): n/a

Defendant No. 2

- Name: Tory Estates LLC
- Job or Title (if known): property management
- Street Address: 1801 Broad Acre Dr
- City and County: Clementon, Camden
- State and Zip Code: New Jersey, 08021
- Telephone Number: 908 276 2381
- E-mail Address (if known): n/a

Defendant No. 3

- Name: Rosemary Spohn
- Job or Title (if known): Morgan Properties
- Street Address: 2 South Avenue West
- City and County: Cranford NJ 07016
- State and Zip Code: New Jersey, 08066
- Telephone Number: 908-276-2351
- E-mail Address (if known): n/a

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, (name) __Danielle Cantorell__, is a citizen of the State of (name) __New Jersey__.

2. If the plaintiff is a corporation

    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,

    and has its principal place of business in the State of (name) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation

    The defendant, (name) __Tony Estates LLC__, is incorporated under the laws of the State of (name) __New Jersey__, and has its principal place of business in the State of (name) __Cranford, New Jersey__.

    Or is incorporated under the laws of (foreign nation) __n/a__,

    and has its principal place of business in (name) __Blackwood, Clementon, New Jersey__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

__40,000.00 - this was amount paid for the lease term not including ADA violation and not having a certificate of occupancy. CRPa reasonable accomodation denied__

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* East Coast Tay Estates, owes the plaintiff *(specify the amount)* $ 40,000.00, because *(use one or more of the following, as appropriate)*:

**A. On a Promissory Note**

On *(date)* _____, the defendant signed and delivered a note promising to pay the plaintiff on *(date)* _____ the sum of *(specify the amount)* $ _____ with interest at the rate of *(specify the amount)* _____ percent. The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ _____. A copy of the note is attached as an exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

**B. On an Account Between the Parties**

The defendant owes the plaintiff *(specify the amount)* $ 40,000.00 This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit-card company and a credit-card holder)* Lease on apartment with no c/o, violation of ADA rights (reasonable accomodations), excessive unusual late fees. Security deposit kept plus a charge on credit

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ 40,000.00. Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

ledger for 2017 - * Early termination Lease Agreement
ledger for 2018  to prevent further legal action -
ADA Violation - Reasonable Accomodation denied with dr, note
* Fell twice due to stroke (hospitalized)
proof of Early termination Lease Agreement
toxic mold safety act
Security deposit kept in the amount $3110.00
plus fraud charge on credit report claim that we owe back money.

C. **For Goods Sold and Delivered**

The defendant owes the plaintiff *(specify the amount)* $ _____, for goods sold and delivered by the plaintiff to the defendant from *(date)* _____ to *(date)* _____.

D. **For Money Loaned**

The defendant owes the plaintiff *(specify the amount)* $ _____, for money the plaintiff loaned the defendant on *(date)* _____.

E. **For Money Paid by Mistake**

The defendant owes the plaintiff *(specify the amount)* $ _____ for money paid by mistake to the defendant on *(date)* _____, when the defendant received the payment from *(specify who paid and describe the circumstances of the payment)*

F. **For Money Had and Received**

The defendant was paid money *(specify the amount)* $ 3110.00 on *(date)* 8/15/2018 by *(identify who paid and describe the circumstances of the payment)*

Danielle Antonelli - 40,000.00 in rent with no C/O. Danielle Antonelli (tenant and plaintiff) - Security deposit

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a deposit to be returned)* ① Illegal eviction with no Certificate of Occupancy.
② Kept security deposit and month rent in advance
③ ADA violations - Architectural Barriers of 1968
④ Toxic mold safety Act
⑤ Charged illegal late fees
⑥ Excessive fines for a couch, trash bag, paint and carpet.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

① ADA violation - Architectural Barriers of 1968
② ADA title II handicap parking
③ Reasonable Accomodation denied with letter from PCP

I am seeking back the rent paid for two years, unjust late fees, multiple charges for trash removal (8 cavities), 2 coats of paint and new carpet mandatory with pets.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/31/2020

Signature of Plaintiff: *Danielle Antocci*
Printed Name of Plaintiff: Danielle Antocci

### B. For Attorneys

Date of signing: pro se

Signature of Attorney: n/a
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

## CONSENT TO ENTER JUDGMENT FOR POSSESSION (TENANT VACATES)

| | |
|---|---|
| Plaintiff  East Coast Tony Estates  v.  Defendant  Danielle Antonelli | SUPERIOR COURT OF NEW JERSEY  LAW DIVISION: SPECIAL CIVIL PART  _Camden_ COUNTY  LANDLORD-TENANT DIVISION  DOCKET # LT - 3874-19  CONSENT TO ENTER JUDGMENT (TENANT REQUIRED TO VACATE) |

**THE TENANT AND LANDLORD HEREBY AGREE THAT:**

1. The Tenant **AGREES TO THE IMMEDIATE ENTRY OF A JUDGMENT FOR POSSESSION AND THAT THE WARRANT OF REMOVAL MAY ISSUE AND BE SERVED UPON THE TENANT AT THE LANDLORD'S REQUEST, AS PERMITTED BY LAW. THE LANDLORD AGREES THAT THE WARRANT OF REMOVAL CANNOT BE EXECUTED (NO EVICTION) UNTIL** July 16th **("THE MOVE OUT DATE"), UNLESS THE TENANT FAILS TO COMPLY WITH PARAGRAPH 2(B).**

    *Parties will sign an Early termination agreement.*

2. Check one of the following:

    A. ✓ ~~The Tenant shall pay no money;~~ or

    B. ____ The Tenant shall pay $ _____, as follows:
    _landlord reference_

3. A. If the Tenant does ~~not~~ make all payments required in paragraph 2(B) of this Agreement, the Tenant agrees that the Landlord, with notice to the Tenant, can file a certification stating when and what the breach was and that the warrant of removal can then be executed upon, as permitted by law, prior to the agreed upon MOVE OUT DATE.

    B. ~~EVEN IF THE TENANT DOES MAKE ALL PAYMENTS REQUIRED IN PARAGRAPH 2(B);~~ TENANT STILL AGREES TO MOVE NO LATER THAN July 15th. IF THE TENANT DOES NOT MOVE BY THAT DATE, LANDLORD CAN HAVE THE TENANT EVICTED, AS PERMITTED BY LAW. THE 30 DAY PERIOD TO EXECUTE UPON A WARRANT OF REMOVAL IS AGREED BETWEEN THE LANDLORD AND TENANT TO BE EXTENDED TO INCORPORATE THE MOVE OUT DATE.

DATE: 6/13/19

*\* no c/o illegal eviction*
*\* fraud claim for non payment, kept security and prior background collected NJ*

_____ Landlord's Attorney

_____ Tenant's Attorney

_____ Landlord

_Danielle Antonelli_ Tenant

**NOTE: THE CERTIFICATION BY LANDLORD AND THE CERTIFICATION OF LANDLORD'S ATTORNEY (IF THE LANDLORD HAS AN ATTORNEY) ARE ATTACHED HERETO.**

Revised 09/04/2012, CN 10515-English (Appendix XI-W)