IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DANIELLE ANTONELLI, | |
| Plaintiff, | |
| v. | Civil No. 20-5602 (KMW/AMD) |
| EAST TOREY ESTATES, LLC, *et al.*, | **ORDER** |
| Defendants. | |

**WILLIAMS**, United States District Judge:

**THIS MATTER** comes before the Court on *pro se* Plaintiff Danielle Antonelli's letter request to reopen this case (ECF No. 3), which was filed on August 2, 2024; and

**WHEREAS,** on May 7, 2020, the Court dismissed Plaintiff's Complaint without prejudice and granted Plaintiff three weeks—until May 28, 2020—to file an amended complaint; and

**WHEREAS,** the Clerk of Court closed the case on May 8, 2020 (minute entry after ECF No. 2); and

**WHEREAS,** the three-week time frame within which Plaintiff could file a proper amended complaint expired more than four years ago; and

**WHEREAS,** this case was reassigned to the undersigned on August 2, 2024 (minute entry after ECF No. 3);

**WHEREAS,** it appears to the Court that Plaintiff has failed to prosecute this matter in a timely manner;

**IT IS** on this 28th day of October 2024, hereby

1

**ORDERED** that Plaintiff's letter request to reopen the case (ECF No. 3) **IS DENIED**; and;

**FURTHER ORDERED** that Plaintiff's Complaint and this action **IS DISMISSED with prejudice**.

Dated: October 28, 2024

KAREN M. WILLIAMS
United States District Judge

2